In the Matter of the Probate of the Will of SYDELL KEYSER, Deceased. ADOLPH KEYSER, as General Guardian of RUTH J. KEYSER, an Infant, Appellant. CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor, et al., Respondents.

Argued May 17, 1948; decided July 16, 1948.

*James D. C. Murray, Francis B. Froehlich* and *Irving Green-berg* for appellant.

*Francis S. Bensel, Irving Albert* and *Hancock Griffin, Jr.,* for Central Hanover Bank and Trust Company, respondent.

*Cyrus Austin* and *Arthur W. Eckman* for The First Church of Christ, Scientist, in Boston, Massachusetts, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND,. THACHER, DYE and FULD, JJ.